NUMBER 13-03-408-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


PATRICIA A. NITSCHE, IND., ET AL. , Appellants,



v.




G. MARTIN ROSSI, M.D., ET AL. , Appellees.

____________________________________________________________________


On appeal from the 152nd District Court

of Harris County, Texas.

____________________________________________________________________


MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



 Appellants, PATRICIA A. NITSCHE, IND., ET AL. , perfected an appeal from a judgment entered by the 152nd District
Court of Harris County, Texas, in cause number 2000-57879 . After the notice of appeal was filed, appellants filed a
motion to dismiss the appeal. In the motion, appellants state that they no longer wish to prosecute this appeal. Appellants
request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 7th day of August, 2003 .